IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
FLINT OFFICE

| | | |
|---|---|---|
| **RODGER HOOKER,** | ) | |
| | ) | **2:12-cv-12232-RHC-LJM** |
| **Plaintiff,** | ) | |
| | ) | **Judge Cleland** |
| v. | ) | **Magistrate Judge Michelson** |
| | ) | |
| **GOLDSTEIN & ASSOCIATES, LLC.,** | ) | |
| and **JOE CAMPBELL, SR.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## JUDGMENT

This matter having come before this Honorable Court on Plaintiff's Motion for Default Judgment, due notice having been given, the Court having been fully advised, and an order of Default having previously been entered against Defendants,

IT IS HEREBY ORDERED:

Judgment is entered in favor of Plaintiff, RODGER HOOKER, and against Defendants, GOLDSTEIN & ASSOCIATES, LLC., and JOE CAMPBELL, SR., as follows:

1. $1,000.00 statutory damages for Defendants' violation of the Fair Debt Collection Practices Act.

2. $2,750.00 actual damages, as established by Plaintiff's affidavit, for Defendants' violation of the Fair Debt Collection Practices Act.

3. $2,973.50 for Plaintiff's attorneys' fees.

4. $430.00 for Plaintiff's costs.

5. Total Judgment in the amount of $7,153.50

                                                      s/Robert H. Cleland
                                                      **Honorable Robert Cleland**
                                                      **United States District Judge**

                                                      **Dated: March 7, 2013**