UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RODGER HOOKER,

    Plaintiff,

v.                                          Case No: 12-12232

GOLDSTEIN & ASSOCIATES, LLC., and
JOE CAMPBELL, SR.,

    Defendants.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
AND DIRECTING DEFENDANT CAMPBELL TO SHOW CAUSE**

The court referred this case to United States Magistrate Judge Laurie J. Michelson pursuant to 28 U.S.C. §636(b)(1)(A) and Local Rule 72.1.  In her September 25, 2013 report, Magistrate Judge Michelson recommends that this court grant in part and deny in part Plaintiff's request to hold Defendants in contempt.  Specifically, Magistrate Judge Michelson recommends that Defendant Campbell be ordered to appear to show cause why an order of civil contempt should not be entered against him. Unless Campbell satisfactorily shows cause, the magistrate judge recommends that he: (a) be found in civil contempt; (b) be ordered to purge himself of the contempt by paying the judgment; (c) pay a civil penalty to Plaintiff of $100 per day until the judgment is paid; and (d) pay the Plaintiff's reasonable costs and attorney fees associated with bringing the motion for order to show cause.  Magistrate Judge Michelson does not recommend contempt sanctions against Defendant Goldstein & Associates, LLC at this

time. Defendants have not filed any objections pursuant to 28 U.S.C. 636(b)(1)(C), thus further appeal rights are waived.[1]  Accordingly,

IT IS ORDERED that Magistrate Judge Michelson's Report and Recommendation [Dkt. # 30] is ADOPTED IN FULL AND INCORPORATED BY REFERENCE.

IT IS FURTHER ORDERED that Defendant Campbell shall personally appear on **December 11, 2013, at 2:00 p.m.** and SHOW CAUSE why he should not be held in contempt of court.

Finally, IT IS ORDERED that Plaintiff is directed to serve this order on Defendant Campbell and file a proof of service forthwith by **November 27, 2013.**

                                          s/Robert H. Cleland
                                          ROBERT H. CLELAND
                                          UNITED STATES DISTRICT JUDGE

Dated: November 20, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 20, 2013, by electronic and/or ordinary mail.

                                          s/Lisa Wagner
                                          Case Manager and Deputy Clerk
                                          (313) 234-5522

---

[1] The failure to object to the Magistrate Judge's report releases the court from its duty to independently review the motion.  *Thomas v. Arn*, 474 U.S. 140, 149 (1985).