UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RODGER HOOKER,

    Plaintiff,

v.                                           Case No: 12-12232

GOLDSTEIN & ASSOCIATES, LLC., and
JOE CAMPBELL, SR.,

    Defendants.
_____/

**ORDER FINDING DEFENDANT CAMPBELL IN CONTEMPT OF COURT
AND ISSUING A BENCH WARRANT FOR HIS ARREST**

On November 19, 2013, the court ordered Defendant Campbell to show cause why he should not be held in contempt of court. Pursuant to the recommendations in Magistrate Judge Laurie J. Michelson's report, the order stated that unless Campbell satisfactorily showed cause he would: (a) be found in civil contempt; (b) be ordered to purge himself of the contempt by paying the judgment; (c) pay a civil penalty to Plaintiff of $100 per day until the judgment is paid; and (d) pay the Plaintiff's reasonable costs and attorney fees associated with bringing the motion for order to show cause.

Defendant Campbell did not appear at the December 11, 2013 show cause hearing. Accordingly, the court finds Defendant Campbell in contempt of court for failing to appear throughout this case. In lieu of paying a civil penalty to Plaintiff, the court will issue a bench warrant for Defendant Campbell's arrest. Defendant Campbell may purge himself of the contempt by paying the judgment as well as the Plaintiff's

reasonable costs and attorney fees associated with bringing the motion for order to show cause.

    IT IS SO ORDERED.

                                        s/Robert H. Cleland
                                        ROBERT H. CLELAND
                                        UNITED STATES DISTRICT JUDGE

Dated: December 13, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 13, 2013, by electronic and/or ordinary mail.

                                        s/Lisa Wagner
                                        Case Manager and Deputy Clerk
                                        (313) 234-5522