UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RODGER HOOKER,

    Plaintiff,

v.                                    Case No: 12-12232

GOLDSTEIN & ASSOCIATES, LLC., and
JOE CAMPBELL, SR.,

    Defendants.
_____/

**ORDER STAYING THE EFFECT OR IMPACT
OF THE POST-JUDGMENT CONTEMPT PROCEEDINGS**

On March 7, 2013, the court entered a default judgment against Defendant Joe Campbell. Thereafter, on December 13, 2013, the court found Defendant Joe Campbell in contempt of court for failing to appear throughout his case and issued a bench warrant for his arrest. Defendant has since appeared; however, on July 25, 2014, Defendant Campbell filed a "Suggestion of Bankruptcy," notifying the court that he has filed for Chapter 7 bankruptcy in the United States Bankruptcy Court for the Middle District of Florida. Under the automatic stay provision of the Bankruptcy Code, a petition filed for bankruptcy operates as a stay of judicial proceedings against the debtor. *See* 11 U.S.C. § 362(a). Accordingly,

IT IS ORDERED that the effect or impact of the post-judgment contempt proceedings are hereby STAYED pending the outcome of Defendant Campbell's bankruptcy case. Such stay is not to be construed as a disposition in this matter, and

the post-judgment contempt proceedings may be pursued merely by filing notice with the court, without further fee or cost.

IT IS FURTHER ORDERED that every ninety days Defendant Campbell's counsel, Erika Lorraine Davis, shall provide a written update to the court regarding Defendant Campbell's bankruptcy petition.

                                          s/Robert H. Cleland
                                          ROBERT H. CLELAND
                                          UNITED STATES DISTRICT JUDGE

Dated: August 8, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, August 8, 2014, by electronic and/or ordinary mail.

                                          s/Lisa Wagner
                                          Case Manager and Deputy Clerk
                                          (313) 234-5522