UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RODGER HOOKER,

    Plaintiff,

v.                                      Case No: 12-12232

GOLDSTEIN & ASSOCIATES, LLC., and
JOE CAMPBELL, SR.,

    Defendants.
_____/

**ORDER LIFTING STAY, DENYING MOTION TO WITHDRAW AS JOE CAMPBELL, SR.'S COUNSEL, AND SETTING A HEARING DATE**

On March 7, 2013, the court entered a default judgment against Defendant Joe Campbell, Jr. (Dkt. # 17, Pg. ID 159.) The court entered an order finding Campbell in contempt of court for failing to appear throughout this case on December 13, 2013, (Dkt. # 34, Pg. ID 267) and issued a bench warrant for his arrest on December 19, 2013. (Dkt. # 35, Pg. ID 269.) Campbell subsequently appeared, and, on July 25, 2014, he filed a suggestion of bankruptcy, notifying the court that he filed for Chapter 7 bankruptcy in the United States Bankruptcy Court for the Middle District of Florida. (Dkt. # 40, Pg. ID 277.) On August 8, 2014, the court entered an order staying the effect or impact of the post-judgment contempt proceedings pending the outcome of the bankruptcy case and ordering Campbell's counsel to provide a written update to the court regarding the bankruptcy petition every ninety days. (Dkt. # 41, Pg. ID 278-79.) Ninety days have since passed, and Campbell's counsel has not provided any written update to the court regarding the bankruptcy petition. The bankruptcy court entered an

order dismissing the case for deficiencies in his filing on August 12, 2014. (Dkt. # 43-1, Pg. ID 292.)

On October 31, 2014, Campbell's attorney filed a motion to withdraw as counsel. (Dkt. # 42, Pg. ID 280.)  The motion asserts that there has been a breakdown of the attorney-client relationship, but provides no cogent basis for granting the motion. Accordingly,

IT IS ORDERED that the stay (Dkt. # 41) is LIFTED and that the parties shall appear before the court on **January 21, 2015 at 3:00 pm** for a hearing on the effect or impact of the post-judgment contempt proceedings.

IT IS FURTHER ORDERED that the Motion to Withdraw as Joe Campbell, Sr.'s Counsel (Dkt. # 42) is DENIED WITHOUT PREJUDICE.

   s/Robert H. Cleland  
ROBERT H. CLELAND  
UNITED STATES DISTRICT JUDGE

Dated:  December 17, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 17, 2014, by electronic and/or ordinary mail.

   s/Lisa Wagner  
Case Manager and Deputy Clerk  
(313) 234-5522

S:\Cleland\JUDGE'S DESK\C1 ORDERS\12-12232.HOOKER.LeftStayDenyWithdraw.dmi.wpd