# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

RODGER HOOKER,

    Plaintiff,

v.                                              Case No: 12-12232

GOLDSTEIN & ASSOCIATES, LLC., and
JOE CAMPBELL, SR.,

    Defendants.
_____/

**ORDER GRANTING SECOND MOTION TO WITHDRAW AS JOE CAMPBELL, SR.'S COUNSEL AND APPOINTING FEDERAL DEFENDER OFFICE ON A LIMITED BASIS**

      Before the court is a second motion to withdraw filed by Defendant Joe Campbell, Sr.'s counsel, based on a breakdown of the attorney-client relationship. (Dkt. # 45, Pg. ID 295.) Defense counsel filed her first motion to withdraw on October 31, 2014, which the court denied for failing to provide a cogent basis for withdrawal. (Dkt. # 44, Pg. ID 294.) At a hearing held on January 30, 2015, Defense counsel described the breakdown of her relationship with Defendant, and the court invited Defense counsel to file a renewed motion to withdraw. Defense counsel's law firm commenced proceedings against Defendant in state court on November 21, 2014. (Dkt. # 45, Pg. ID 296 (citing *Butler Davis, PPLC v. Campbell*, No. 14-121937-GC (Dist. Ct. Mich. Nov. 21, 2014). For the reasons stated on the record and in light of the litigation between Defense counsel's law firm and Defendant, the motion will be granted.

      Defendant is scheduled to appear for a contempt hearing on April 28, 2015. Scheduling the hearing on April 28, 2015 involved considerable coordination, and

rescheduling the hearing would be burdensome in light of the parties', counsels', and the court's schedules.  Because of the proximity of the contempt hearing, the court will appoint the Federal Defender Office to represent Defendant solely for the purposes of the contempt hearing.  Defendant may nonetheless find new counsel, at his option, to represent him for the purposes of the contempt hearing.  Additionally, Defendant will be responsible for finding his own representation for all proceedings following the contempt hearing.  If no attorney files an appearance by May 6, 2015, Defendant shall be deemed to be proceeding pro se.  Accordingly,

IT IS ORDERED that the Second Motion to Withdraw as Joe Campbell, Sr.'s Counsel (Dkt. # 45) is GRANTED.

IT IS FURTHER ORDERED that the Federal Defender Office is appointed to represent Joe Campbell, Sr. for the purposes of the contempt hearing scheduled for **April 28, 2015**.  Counsel shall make Defendant's file available to him no later than **April 13, 2015**.  If no attorney files an appearance by **May 6, 2015**, Defendant shall be deemed to be proceeding pro se.  If counsel files an appearance on or before **May 6, 2015**, the court will schedule a status conference.

  s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  April 9, 2015

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 9, 2015, by electronic and/or ordinary mail.

  s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522