UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RODGER HOOKER,

    Plaintiff,

v.                                          Case No: 12-12232

GOLDSTEIN & ASSOCIATES, LLC., and
JOE CAMPBELL, SR.,

    Defendants.
_____/

**ORDER COMPELLING CAMPBELL TO PAY THE OUTSTANDING JUDGMENT, COSTS, AND ATTORNEYS' FEES, SUSPENDING THE CIVIL PENALTY, INSTRUCTING CAMPBELL'S COUNSEL TO FILE A NOTICE OF APPEARANCE, DIRECTING CAMPBELL TO BE HELD IN CUSTODY FOR TEN DAYS, AND SCHEDULING A HEARING**

On March 7, 2013, the court entered a default judgment against Defendant Joe Campbell, Jr (Dkt. # 17, Pg. ID 159.), and, on December 13, 2013, the court entered an order finding Campbell in contempt of court for failing to appear throughout this case (Dkt. # 34, Pg. ID 267). On July 25, 2014, Campbell filed a suggestion of bankruptcy, notifying the court that he filed for Chapter 7 bankruptcy in the United States Bankruptcy Court for the Middle District of Florida. (Dkt. # 40, Pg. ID 277.) On August 8, 2014, the court entered an order staying the effect or impact of the post-judgment contempt proceedings pending the outcome of the bankruptcy case. (Dkt. # 41, Pg. ID 278-79.) The bankruptcy court subsequently dismissed Campbell's case for deficiencies in his filing, and the court lifted the stay on December 17, 2014. (Dkt. # 44, Pg. ID 293.) On April 28, 2015, the court held a hearing on the effect or impact of the post-judgment contempt proceedings. For the reasons stated on the record,

IT IS ORDERED that Joe Campbell, Sr. is DIRECTED to pay the judgment and Plaintiff's costs and attorneys' fees associated with bringing the motion for order to show cause.

IT IS FURTHER ORDERED that the civil penalty of $100 per day is SUSPENDED.

IT IS FURTHER ORDERED that Richard Helfrick shall remain counsel of record and file a Notice of Appearance with the court. The court will also inquire into obtaining pro bono representation for Joe Campbell, Sr.

IT IS FURTHER ORDERED that Joe Campbell, Sr. is DIRECTED to report for custody and to be held in custody for ten days or until his civil contempt has been otherwise purged.

IT IS FURTHER ORDERED that a hearing is scheduled for **Friday, May 8, 2015 at 11:30 AM**.

    s/Robert H. Cleland
    ROBERT H. CLELAND
    UNITED STATES DISTRICT JUDGE

Dated: May 7, 2015

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 7, 2015, by electronic and/or ordinary mail.

    s/Lisa Wagner
    Case Manager and Deputy Clerk
    (313) 234-5522