UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RODGER HOOKER,

    Plaintiff,

v.                                Case No. 12-12232

GOLDSTEIN & ASSOCIATES, LLC., and
JOE CAMPBELL, SR.,

    Defendants.
_____/

**ORDER MODIFYING ORDER OF CONTEMPT, HOLDING FURTHER ACTION
ON THE MOTION TO PURGE CIVIL CONTEMPT IN ABEYANCE,
AND SCHEDULING A STATUS CONFERENCE**

On March 7, 2013, the court entered a default judgment against Defendant Joe Campbell, Jr. (Dkt. # 17, Pg. ID 159), and, on December 13, 2013, the court entered an order finding Campbell in contempt of court for failing to appear throughout this case (Dkt. # 34, Pg. ID 267).  On April 28, 2015, the court held a hearing on the effect or impact of the post-judgment contempt proceedings.  At the hearing, the court directed Campbell to report for custody and to be held in custody for ten days or until his civil contempt was purged.  The court also directed Campbell to pay the judgment and Plaintiff Rodger Hooker's costs and attorneys' fees associated with bringing the motion for order to show cause.

Since the April 28, 2015 hearing, Campbell has obtained pro bono representation, provided Hooker with responses to Hooker's post-judgment discovery requests  (Dkt. # 53, Pg. ID 341-46), and filed a Motion to Purge Civil Contempt Order (Dkt. # 53).  On May 7, 2015, the court held a hearing during which Campbell assured

the court the he will stay in touch with his counsel, provide prompt and cooperative responses, and answer questions to the best of his ability. For the reasons stated on the record,

IT IS ORDERED that Defendant Joe Campbell, Sr.'s order of contempt is modified to remove the requirement that Campbell be held in custody with the condition that Campbell provide cooperative responses and stay in contact with his counsel.

IT IS FURTHER ORDERED that Defendant Joe Campbell, Sr. shall be released from custody.

Finally, IT IS ORDERED that the further briefing and the final determination of the Motion to Purge Civil Contempt Order (Dkt. # 53) shall be held in abeyance, and a telephonic status conference is scheduled for **June 23, 2015 at 3:30 pm. THE COURT WILL INITIATE THE CALL.**

          s/Robert H. Cleland
          ROBERT H. CLELAND
          UNITED STATES DISTRICT JUDGE

Dated: May 7, 2015

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 7, 2015, by electronic and/or ordinary mail.

          s/Lisa Wagner
          Case Manager and Deputy Clerk
          (313) 234-5522